**No. 10-9336. Wayne William Tucker, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 992, 131 S. Ct. 2480, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3666.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9337. Tarvares Watson, Petitioner v. Florida.**

563 U.S. 992, 131 S. Ct. 2449, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3761,

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 51 So. 3d 467.

**No. 10-9338. Melvin Thornton, Petitioner v. Burl Cain, Warden.**

563 U.S. 992, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3804.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9341. Michael Edward Quattrocchi, Petitioner v. Florida.**

563 U.S. 992, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3727,

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 17 So. 3d 329.

**No. 10-9351. William Manseau, et ux., Petitioners v. City of Miramar, Florida, et al.**

563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3674,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 642.

**No. 10-9361. Durrel Cunningham, Petitioner v. Carmen Palmer, Warden.**

563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3670,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9364. Rogyne O'Neal, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 993, 131 S. Ct. 2480, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3784.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.